| | |
|---|---|
| VISTON SHYROCK MARTIN,<br>    Petitioner, | Civil Action No. 7:07cv00067 |
| v. | **FINAL ORDER** |
| WARDEN, KEEN MOUNTAIN<br>CORRECTIONAL CENTER,<br>    Respondent. | By: Jackson L. Kiser<br>Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondents' motion to dismiss shall be and hereby is **GRANTED**; Martin's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 5th day of June, 2007.

                                                  /s/ Jackson L. Kiser
                                                  Senior U.S. District Judge